IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-209-FL

| | | |
|---|---|---|
| B.G.H., a minor, by and through his parents Natori Tia Harrell and Ryan Harrell as natural guardians and/or next friends; NATORI TIA HARRELL; and RYAN HARRELL | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | | |

This matter is before the court upon the parties' joint notice of settlement and motion to stay all pending deadlines (DE 21) and plaintiffs' consent motion for appointment of independent guardian ad litem (DE 22).

Although notated on the docket as a notice, the court construes the parties' request for stay of deadlines as a motion to stay. Good cause having been shown and for the reasons stated therein, the parties' motion to stay (DE 21) is GRANTED. All deadlines set forth in the court's December 11, 2024, case management order are STAYED pending further order of this court.

Pursuant to Local Civil Rule 17.1, plaintiffs request appointment of an independent guardian ad litem for minor plaintiff B.G.H. to investigate, evaluate, and make recommendations in the best interests of the minor regarding the parties' settlement and the court's approval of the same. Where plaintiffs have proposed multiple individuals for the guardian ad litem role and have not indicated the source of proposed payment, if any, to the proposed guardian ad litem, the court

HOLDS IN ABEYANCE decision on plaintiffs' consent motion for appointment of independent guardian ad litem (DE 22).  Plaintiffs are DIRECTED to file within 14 days of entry of this order a memorandum requesting appointment of a single guardian ad litem, stating the proposed guardian ad litem's payment rate, and stating provisions for the eventual payment of the proposed guardian ad litem, whether out of the settlement proceeds or otherwise.

SO ORDERED, this the 12th day of March, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge

2

Case 5:24-cv-00209-FL    Document 23    Filed 03/13/25    Page 2 of 2