IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-00209-FL

| | | |
|---|---|---|
| B.G.H. et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **JOINT STATUS REPORT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties file this joint Status Report. In support, the parties state the following:

The settlement funds have been received by the Claimants. However, as part of the settlement agreement, the claimants must pay any known outstanding liens. The claimants are aware of a North Carolina Medicaid lien and have diligently sought to obtain a final payment amount, but North Carolina Medicaid has not yet provided a final lien amount. The Court's order acknowledges and uses the estimated North Carolina lien amount, along with a built-in buffer. In the unlikely event that the lien is substantially larger than estimated, the parties may ask for a modification in the Court's order to accommodate the overage. The parties respectfully request that the Court allow them to submit another status report on or before April 1, 2026, if this matter has not been fully and finally resolved by then, including the filing of a stipulation of dismissal.

Respectfully submitted this 28th day of January, 2026.

COUNSEL FOR PLAINTIFFS

BY: */s/ Mark Clore*
Mark Clore
Clore Law Group, LLC
8 Ashley Point Dr.
2nd Floor (Suite 200)
Charleston, SC 2940
(T) (843) 722-8070
Email: mark@clorelaw.com
NC Bar No. 33308

BY: */s/ Michael Archuleta*
Michael Archuleta
Archuleta Law Firm
1100 Lakeway Drive, Suite 101
Austin, Texas 78734
(T) (512) 266-7676
Email: marchuleta@govtclaim.com
TX Bar No. 00783555

W. ELLIS BOYLE
United States Attorney

BY: /s/ Katherine King
Attorney for Defendant
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
E-mail: katie.king@usdoj.gov
N.C. State Bar No. 44525
*Attorney for Defendant United States of America*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 28th day of January, 2026, served a copy of

the foregoing **JOINT STATUS REPORT** upon all relevant parties by electronically

filing the foregoing with the Clerk of Court on this date using the CM/ECF system:

> BY: _/s/ Mark D. Clore_
> Mark Clore
> Clore Law Group, LLC
> 78 Ashley Point Dr.
> 2nd Floor (Suite 200)
> Charleston, SC 29407
> (T) (843) 722-8070
> Email: mark@clorelaw.com
>
> _Counsel for Plaintiffs_