IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-00209-FL

| | | |
|---|---|---|
| B.G.H. et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **JOINT STATUS REPORT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties file this Joint Status Report. In support, the parties state the following:

The North Carolina Medicaid lien has been satisfied. Claimants are aware of no other unsatisfied liens.

The parties are currently investigating a potential issue with the reversionary trust's payment process for the minor's needs. The parties respectfully request that the Court extend the deadline through June 1, 2026, to resolve this issue and, if appropriate, to file a stipulation of dismissal or a further status report.

Respectfully submitted this 26th day of March, 2026.

COUNSEL FOR PLAINTIFFS

BY: */s/ Mark Clore*
Mark Clore
Clore Law Group, LLC
8 Ashley Point Dr.
2nd Floor (Suite 200)
Charleston, SC 2940
(T) (843) 722-8070
Email: mark@clorelaw.com
NC Bar No. 33308


BY: */s/ Michael Archuleta*
Michael Archuleta
Archuleta Law Firm
1100 Lakeway Drive, Suite 101
Austin, Texas 78734
(T) (512) 266-7676
Email: marchuleta@govtclaim.com
TX Bar No. 00783555

W. ELLIS BOYLE
United States Attorney

BY: /s/ Katherine King
Attorney for Defendant
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
E-mail: katie.king@usdoj.gov
N.C. State Bar No. 44525
*Attorney for Defendant United States of America*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 26th day of March, 2026, served a copy of the foregoing **JOINT STATUS REPORT** upon all relevant parties by electronically filing the foregoing with the Clerk of Court on this date using the CM/ECF system:

BY:     */s/ Mark D. Clore*
Mark Clore
Clore Law Group, LLC
78 Ashley Point Dr.
2nd Floor (Suite 200)
Charleston, SC 29407
(T) (843) 722-8070
Email: mark@clorelaw.com

*Counsel for Plaintiffs*