**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:24-CV-00209-FL**

B.G.H., a Minor, by and through his Parents as )
Natural Guardians and/or Next Friends )
Natori Tia Harrell and Ryan Harrell, )
NATORI TIA HARRELL, Individually, and )
RYAN HARRELL, Individually, )
                                        )
            Plaintiffs,                 )
                      v.                )
                                        )
UNITED STATES OF AMERICA                )
                                        )
            Defendant.                  )
_____ )

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

This matter comes before the Court on the parties' Stipulation for Compromise Settlement and

Release (the "Stipulation") and the Court's prior *Order Approving Minor Settlement* entered in this action.

The Stipulation requires the parties to obtain an order dismissing this action with prejudice, with each side

bearing its own costs, expenses, and fees. The minor settlement has been approved, and the conditions

precedent to dismissal have been satisfied.

Accordingly, acting under Federal Rule of Civil Procedure 41(a)(2) and the inherent authority of the

Court, **it is ORDERED, ADJUDGED, and DECREED** as follows:

1. **Dismissal.** The above-captioned civil action is **DISMISSED WITH PREJUDICE** in its entirety.

2. **Costs and Fees.** Each party shall bear its own costs, expenses, and attorneys' fees.

    **SO ORDERED, this 11th day of May, 2026.**

_____
Louise W. Flanagan
United States District Judge